U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2024 DEC -6  P 2:45

CAROL L. MICHEL

**SEALED**

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 24-105** |
| v. | * | SECTION: "D"(1) |
| **RYAN J. HARRIS**<br>a/k/a "Red" | * | VIOLATIONS:<br>18 U.S.C. § 1349 |
| **SEAN D. ALFORTISH**<br>**VANESSA MOTTA**<br>**MOTTA LAW, LLC**<br>**JASON F. GILES**<br>**THE KING FIRM, LLC**<br>**LEON M. PARKER**<br>a/k/a "Chunky"<br>**DIAMINIKE F. STALBERT**<br>**CARL G. MORGAN**<br>**TIMARA N. LAWRENCE** | *<br><br>*<br><br>*<br><br>*<br><br>* | 18 U.S.C. § 1341<br>18 U.S.C. § 1503<br>18 U.S.C. § 1512<br>18 U.S.C. § 1513<br>18 U.S.C. § 1001<br>18 U.S.C. § 924<br>18 U.S.C. § 2<br><br>Filed Under Seal |

\* \* \*

### ORDER

Considering the *Motion and Incorporated Memorandum in Support to Seal Superseding Indictment* filed by the government;

**IT IS ORDERED** that the motion be and is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court for the Eastern District of Louisiana, after providing the United States Attorney's Office for the Eastern District of Louisiana a certified copy of the indictment, seal the indictment in the above-captioned matter, the instant motion, and the accompanying order to seal until further order of the Court.

New Orleans, Louisiana, this ___6___ day of December, 2024.

_____
HONORABLE KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE

Fee _____
Process _____
X Dktd _____
___ CtRmDep _____
___ Doc. No. _____