UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NUMBER: 24-105 |
| LEON PARKER, ET AL. | * | SECT. D (1) |

\* * * * * * * * * *

**<u>MOTION TO DECLARE CASE COMPLEX AND FOR THE APPOINTMENT OF SECOND COUNSEL FOR DEFENDANT LEON PARKER, AND OBJECTION TO ENTRY OF PROPOSED JOINT SCHEDULING ORDER BASED ON SEPTEMBER 8, 2025 TRIAL DATE</u>**

NOW COMES the Defendant, Leon Parker, through counsel, and hereby files this Motion to declare this a complex case under the Speedy Trial Act and the Criminal Justice Act. Additionally, based on the complexity of this case, and the likelihood of an indictment for a potentially capital crime, Mr. Parker also moves for the appointment of a second defense counsel in this matter. Further, at this time Mr. Parker objects to the entry of a joint scheduling order based on a trial date of September 8, 2025, because it would be unrealistic for Mr. Parker's defense to meet the deadlines contained in such a scheduling order based on the complexity of the case, the extraordinarily voluminous discovery that is still being produced, the need for budgeting and applying to the Court for the funds necessary for a defense, and the need for substantial additional time and resources to prepare a constitutionally adequate defense for Mr. Parker.

Wherefore, for these reasons and such as others as are shown in the Memorandum in Support of this Motion, Mr. Parker requests that this Court declare this a complex case under the Speedy Trial Act and the Criminal Justice Act, immediately appoint a second counsel to represent Mr. Parker in this matter, and suspend its requirement for the entry of a proposed joint scheduling order based on the current September 8, 2025, trial date.

1

Respectfully submitted:

/s/ Stephen J. Haedicke
**STEPHEN J. HAEDICKE** (Bar Roll No. 30537)
Law Office of Stephen J. Haedicke, LLC
1040 Saint Ferdinand St.
New Orleans, LA  70117
(504)291-6990 Telephone
(504)291-6998 Fax
Stephen@haedickelaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2025 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all parties.

/s/ Stephen J. Haedicke