UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NUMBER: 24-105 |
| LEON PARKER, ET AL. | * | SECT. D (1) |

\* \* \* \* \* \* \* \* \* \* \*

### EX PARTE MOTION AND INCORPORATED MEMORANDUM TO FILE REQUEST FOR EXPERT FUNDS UNDER SEAL

NOW COMES the Defendant, Leon Parker, and hereby files this Motion requesting that his Motion and Incorporated Memorandum requesting expert funds in this matter be filed *ex parte* and under seal. The defense makes this request pursuant to the Sixth and Fourteenth Amendments to the United States Constitution, the Criminal Justice Act of 1964, this Court's Plan for Provision of Services under the Criminal Justice Act, and the Guide to Judiciary Policy, Volume 7, Chapter 3. The defense notes this Court's plan for provision of services under the Criminal Justice Act specifically provides that requests for authorization of funds "must be submitted in an *ex parte* application to the court and must not be disclosed except with the consent of the person represented or as required by law or Judicial Conference policy." Furthermore, the defense asserts that filing the aforesaid Motion for Approval of Expert Funds under seal is appropriate because failing to maintain the pleading under seal would reveal confidential defense strategy regarding this case.

Accordingly, Leon Parker requests that the Court permit the aforesaid Motion and Incorporated Memorandum for Approval of Expert Funds to be filed *ex parte* and maintained under seal.

Respectfully submitted,

/s/ Stephen Haedicke
**STEPHEN J. HAEDICKE** (La. Bar Roll No. 30537)
1040 Saint Ferdinand St.
New Orleans, LA  70117
(504)291-6990 Telephone
(504)291-6998 Fax
Stephen@haedickelaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2025 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all parties.

/s/ Stephen Haedicke