UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 24-105** |
| **RYAN HARRIS, ET AL.** | **SECTION: D (1)** |
| | **This Order pertains to:**<br>**LEON PARKER** |

## ORDER

Considering the Motion to Declare Case Complex and for the Appointment of Second Counsel for Defendant Leon Parker, and Objection to Entry of Proposed Joint Scheduling Order Based on September 8, 2025 Trial Date, filed by defendant, Leon Parker (R. Doc. 223), and the Government's Response thereto (R. Doc. 231);

**IT IS HEREBY ORDERED** that the hearing set for April 15, 2025 on the Motion (*See* R. Doc. 223) is **CANCELLED.** The Motion will be deemed submitted on the briefs at 1:30 p.m. on April 15, 2025.

New Orleans, Louisiana, April 10, 2025.

*Wendy B Vitter*

**WENDY B. VITTER**
**United States District Judge**