UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 24-105** |
| v. | * | SECTION: "D" |
| **SEAN D. ALFORTISH**, *et al.* | * | |
| | * * * | |

**GOVERNMENT'S MOTION FOR LEAVE TO FILE SURREPLY TO LEON M. PARKER'S REPLY TO THE GOVERNMENT'S OPPOSITION TO HIS MOTION TO DECLARE CASE COMPLEX, FOR THE APPOINTMENT OF SECOND COUNSEL, AND OBJECTION TO PROPOSED JOINT SCHEDULING ORDER**

**NOW INTO COURT** comes the United States of America, through the undersigned attorneys, and moves for leave to file the accompanying surreply to Leon M. Parker's Reply to the Government's Opposition to Parker's Motion to Declare Case Complex and for the Appointment of Second Counsel. *See* Rec. Doc. 238. The government's surreply responds solely to new information that was raised in Parker's reply. The government's surreply clarifies representations made by Parker, is limited in its scope to those issues, and will assist the Court in adjudicating this motion. Accordingly, the government prays that leave is granted for the accompanying surreply to be filed.

Respectfully submitted,

MICHAEL M. SIMPSON
ACTING UNITED STATES ATTORNEY

/s/ *Matthew R. Payne*
MATTHEW R. PAYNE
BRIAN M. KLEBBA
MARY KATHERINE KAUFMAN
Assistant United States Attorneys
J. RYAN McLAREN
Trial Attorney

**CERTIFICATE OF SERVICE**

  I hereby certify that on April 14, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                /s/ *Matthew R. Payne*
                MATTHEW R. PAYNE
                Assistant United States Attorney