UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 24-105 |
| RYAN J. HARRIS, ET AL. | SECTION D (1) |
| | This Order pertains to: LEON PARKER and SEAN ALFORTISH |

## ORDER

Considering the Motion and Incorporated Memorandum to Expedite Consideration of Motion to Continue Hearing Date for Government's Motion to Admit Statements Under Forfeiture By Wrongdoing Exception, ECF Doc. 227 (R. Doc. 252);

**IT IS HEREBY ORDERED** that the Motion (R. Doc. 252) is **GRANTED.**

**IT IS FURTHER ORDERED** that the Motion to Continue Hearing Date for Government's Motion to Admit Statements Under Forfeiture By Wrongdoing Exception, ECF Doc. 227 (R. Doc. 251) is **RESET** for **Tuesday, April 29, 2025 at 1:30 p.m.** Any response to the Motion to Continue (R. Doc. 251) must be filed by April 29, 2025 at 1:30 p.m.

**IT IS FURTHER ORDERED** that the hearing set for April 29, 2025 on the Motion to Continue (R. Doc. 251) is **CANCELED.** The Motion will be deemed submitted on the briefs at 1:30 p.m. on April 29, 2025.

New Orleans, Louisiana April 24, 2025

*Wendy B. Vitter*
**WENDY B. VITTER**
**United States District Judge**