UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NUMBER: 24-105 |
| LEON PARKER, ET AL. | * | SECT. D (1) |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### EX PARTE, CONSENT MOTION TO CONTINUE ARRAIGNMENT DATE

NOW COMES Defendant, Leon Parker, and files this Motion to Continue the Arraignment Date currently set for his arraignment on the Second Superseding Indictment, ECF Doc. 256. The arraignment date is currently set for May 14, 2025, at 2:00 p.m. However, undersigned counsel will be out of town from May 14, 2025, through May 19, 2025. Therefore, Defendant Leon Parker requests that his arraignment date on the Second Superseding Indictment be set either before May 14, 2025, or after May 19, 2025.

AUSA Matthew Payne has been consulted regarding this Motion and states that he has no objection to this request.

Wherefore, Defendant Leon Parker respectfully requests that the date for his arraignment on the Second Superseding Indictment be continued as described herein.

Respectfully submitted:

/s/ Stephen J. Haedicke
**STEPHEN J. HAEDICKE** (Bar Roll No. 30537)
Law Office of Stephen J. Haedicke, LLC
1040 Saint Ferdinand St.
New Orleans, LA  70117
(504)291-6990 Telephone
(504)291-6998 Fax
Stephen@haedickelaw.com

2

## CERTIFICATE OF SERVICE

    I hereby certify that on April 30, 2025 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all parties.

/s/ Stephen J. Haedicke