# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**UNITED STATES OF AMERICA**                    **CRIMINAL ACTION**

**VERSUS**                                       **NO. 24-105**

**RYAN HARRIS, ET AL.**                          **SECTION: D (1)**
                                                 **This Order applies to**
                                                 **all defendants except**
                                                 **for Ryan Harris and**
                                                 **Jovanna Gardner**

<u>**ORDER**</u>

    **IT IS HEREBY ORDERED** that a telephone conference is hereby set for the 5th day of June, 2025, at 1:00 p.m. with the Case Manager to select a hearing date for the Government's Motion to Admit Statements Under the Forfeiture by Wrongdoing Exception (R. Doc. 227).  Please see attached Telephone Conference Notice for dial-in information.

    New Orleans, Louisiana, May 28, 2025.

**WENDY B. VITTER**
**United States District Judge**