UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 24-105** |
| **v.** | * | **SECTION: "D"(1)** |
| **RYAN HARRIS,** *et al.* | * | |

\* \* \*

**GOVERNMENT'S NOTICE OF ITS INTENT NOT
TO SEEK THE DEATH PENALTY**

**NOW INTO COURT** comes the United States of America, through the undersigned attorneys, and hereby gives notice of its intent not to seek the death penalty as to defendants Sean D. Alfortish and Leon M. Parker for the offenses charged in the Superseding Indictment in this case.

Respectfully submitted,

MICHAEL M. SIMPSON
ACTING UNITED STATES ATTORNEY

/s/ *Matthew R. Payne*
MATTHEW R. PAYNE
BRIAN M. KLEBBA
MARY KATHERINE KAUFMAN
Assistant United States Attorneys
J. RYAN McLAREN
Trial Attorney

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 18, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                              /s/ *Matthew R. Payne*
                                              MATTHEW R. PAYNE
                                              Assistant United States Attorney