UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NUMBER: 24-105 |
| LEON PARKER, ET AL. | * | SECT. D (1) |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### EX PARTE, CONSENT MOTION TO JOIN IN UNDER SEAL MOTION FILED BY CO-DEFENDANT SEAN ALFORTISH

NOW COMES Defendant, Leon Parker, and files this Motion to Join in the Motion previously filed by co-defendant Sean Alfortish, which Motion was filed under seal on August 7, 2025. Mr. Parker joins in the requests made in that Motion and further requests that he be permitted to participate in any relief afforded by way of that Motion.

Counsel for the government has represented that it has no objection to Mr. Parker joining in the Motion previously filed under seal by co-defendant Sean Alfortish on August 7, 2025.

Wherefore, Defendant Leon Parker respectfully requests that this Motion be granted.

Respectfully submitted:

/s/ Stephen J. Haedicke
**STEPHEN J. HAEDICKE** (Bar Roll No. 30537)
Law Office of Stephen J. Haedicke, LLC
1040 Saint Ferdinand St.
New Orleans, LA  70117
(504)291-6990 Telephone
(504)291-6998 Fax
Stephen@haedickelaw.com

1

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 16, 2025 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all parties.

/s/ Stephen J. Haedicke

2