**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**UNITED STATES OF AMERICA**

**VERSUS**

**LEON M. PARKER**
**(with respect to counts 9-13 of the Second Superseding Indictment)**

**CRIMINAL ACTION**

**NO: 24-105**

**SECTION: "D"**

**VIOLATIONS: 18:1349, 18:1503(a); 18:1512(b)(1); 18:1341; 18:1001(a)(2); and 18:2,**

## NOTICE OF REARRAIGNMENT

Take notice that this criminal case has been **set** for REARRAIGNMENT on **MAY 12, 2026, at 10:00 a.m.** before Judge Wendy B. Vitter, 500 Poydras Street, Courtroom C-352, New Orleans, LA 70130.

A FINAL PRETRIAL CONFERENCE will be held on **July 15, 2026, at 9:00 a.m.**

**IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

Date: April 21, 2026

TO: **LEON PARKER (CUSTODY)**

**Counsel for Defendant- Leon Parker**
Stephen Haedicke, Esq.- stephen@haedickelaw.com

**If you change address, notify clerk of court by phone, 504-589-7709**

CAROL L. MICHEL, CLERK
by: Lanie Bryant, Deputy Clerk

AUSA: Matthew Payne, Brian Klebba, Jeffrey McLaren and Mary Kaufman

U.S. Marshal

U.S. Probation & Pre-Trial Services Unit

Interpreter: **none**

**FBI- Special Agent Michael Heimbach**